# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN BRAUNSTEIN, DESHON HEREFORD,

Plaintiff(s),

v.

STATE OF NEVADA, et al.,

Defendant(s).

Case No.: 2:18-cv-01767-RFB-NJK

**ORDER**

The report and recommendation at Docket No. 3 is hereby **WITHDRAWN**.

Dated: September 17, 2018

Nancy J. Koppe
United States Magistrate Judge

1