1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7    STEVEN BRAUNSTEIN, DESHON            Case No. 2:18-cv-01767-RFB-NJK
     HEREFORD,
8                                              ORDER
                      Plaintiffs,
9
         v.
10
     STATE OF NEVADA, *et al.*,
11
                      Defendants.
12

13          Before the Court is Plaintiffs' Motion to Proceed In Forma Pauperis and the Proposed

14   Complaint. ECF Nos. 1, 1-1. Plaintiffs seek injunctive relief under 42 U.S.C. § 1983, alleging

15   their constitutional rights were violated when the juries in their respective criminal cases were not

16   sworn in by the state judges. ECF No. 1-1. However, "habeas [corpus relief] is the exclusive

17   vehicle for claims brought by state prisoners that fall within the core of habeas, and such claims

18   may not be brought in a § 1983 action." Nettles v. Grounds, 830 F.3d 922, 927 (9th Cir. 2016),

19   cert. denied 137 S. Ct. 645 (2017) (citing Wilkinson v. Dotson, 544 U.S. 74, 81–82 (2005)). Thus,

20   a "state prisoner's § 1983 action is barred (absent prior invalidation)—no matter the relief sought

21   (damages or equitable relief), no matter the target of the prisoner's suit (state conduct leading to

22   conviction or internal prison proceedings)—*if* success in that action would necessarily demonstrate

23   the invalidity of confinement or its duration." Wilkinson, 544 U.S. at 81–82 (citations omitted).

24          The Court finds that Plaintiffs' claims are a direct attack on the validity of their criminal

25   convictions and sentences. A habeas petition and not a Section 1983 claim is the proper way to

26   challenge a conviction or sentence. Indeed, Plaintiffs previous filed habeas petitions, seeking

27   habeas relief for the same alleged violations. Plaintiffs acknowledge the habeas petitions were

28   unsuccessful. See Hereford v. Neven, Case No. 2:14-cv-01390-JAD-CWH, Docket No. 13 (D.

Nev. Aug. 27, 2015) (dismissing habeas petition with prejudice); <u>Braunstein v. Neven</u>, Case No. 2:15-cv-00947-RFB-NJK, Docket No. 13 (D. Nev. Feb. 5, 2016) (dismissing fourth attempted habeas petition with prejudice). Plaintiffs now seek to challenge their convictions and confinement in this litigation. Plaintiffs attempt to attack their confinement through § 1983 in this case is barred by <u>Wilkinson</u>. 544 U.S. at 81-82.

**IT IS THEREFORE ORDERED** that this case is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to Proceed In Forma Pauperis [ECF No. 1] is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this matter accordingly.

DATED: <u>September 30, 2018</u>.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**